# UNITED STATES DISTRICT COURT

### District of _____

CARLOS FERRELL

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF COOKEVILLE, a political subdivision
and authorized by the State of Tennessee; et al

CASE NUMBER:   2 - 0 8 - - 0 0 1 6

TO: (Name and address of Defendant)

City of Cookeville
45 East Broad Street
Cookeville, TN  38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN  37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 2 1 2008

CLERK

(By) DEPUTY CLERK

DATE

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                              *Signature of Server*


                                    _____

                                    *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

V.

COOKEVILLE POLICE DEPARTMENT, a law
enforcement dept. of the City of Cookeville et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2 - 0 8 - - 0 0 1 6

TO: (Name and address of Defendant)

Cookeville Police Department
45 East Broad Street
Cookeville, TN  38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN  37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK _____

(By) DEPUTY CLERK

DATE  FEB 21 2008

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
               Date                                      *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

V.

JEFF JOHNSON, CHRIS MELTON, JOSH
WARD, MYKE GREEN, CHRIS WILLIAMS et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2 - 0 8 - - 0 0 1 6

TO: (Name and address of Defendant)

JEFF JOHNSON
Cookeville Police Department
45 East Broad Street
Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 2 1 2008

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                              *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

**SUMMONS IN A CIVIL ACTION**

V.

JEFF JOHNSON, CHRIS MELTON, JOSH
WARD, MYKE GREEN, CHRIS WILLIAMS et al.

CASE NUMBER:  2 ~ 0 8 ~ 0 0 1 6

TO: (Name and address of Defendant)

CHRIS MELTON
Cookeville Police Department
45 East Broad Street
Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 21 2008

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served:

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left:

    ☐ Returned unexecuted:

    ☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                        *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

**SUMMONS IN A CIVIL ACTION**

V.

JEFF JOHNSON, CHRIS MELTON, JOSH
WARD, MYKE GREEN, CHRIS WILLIAMS et al.

CASE NUMBER: 2 - 0 8 - - 0 0 1 6

TO: (Name and address of Defendant)

JOSH WARD
Cookeville Police Department
45 East Broad Street
Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 21 2008

CLERK

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date               *Signature of Server*

                               _____

                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

V.

JEFF JOHNSON, CHRIS MELTON, JOSH
WARD, MYKE GREEN, CHRIS WILLIAMS et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    2 - 0 8 - - 0 0 1 6

TO: (Name and address of Defendant)

MYKE GREEN
Cookeville Police Department
45 East Broad Street
Cookeville, TN  38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN  37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 21 2008

CLERK

(By) DEPUTY CLERK

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

**SUMMONS IN A CIVIL ACTION**

V.

JEFF JOHNSON, CHRIS MELTON, JOSH
WARD, MYKE GREEN, CHRIS WILLIAMS et al.

CASE NUMBER: **2 - 0 8 - - 0 0 1 6**

TO: (Name and address of Defendant)

CHRIS WILLIAMS
Cookeville Police Department
45 East Broad Street
Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 2 1 2008

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                          Date                                  *Signature of Server*


                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

**SUMMONS IN A CIVIL ACTION**

V.

JEFF JOHNSON, CHRIS MELTON, JOSH
WARD, MYKE GREEN, CHRIS WILLIAMS et al.

CASE NUMBER: **2 - 0 8 - - 0 0 1 6**

TO: (Name and address of Defendant)

JOHN DOE #1
Cookeville Police Department
45 East Broad Street
Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 21 2008

| CLERK | DATE |
|-------|------|

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                  *Signature of Server*


                           _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

V.

JEFF JOHNSON, CHRIS MELTON, JOSH
WARD, MYKE GREEN, CHRIS WILLIAMS et al.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2 - 08 - - 0016

TO: (Name and address of Defendant)

> JOHN DOE #2
> Cookeville Police Department
> 45 East Broad Street
> Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Blair P. Durham, #21453
> Benjamin E. Winters, #23970
> Durham and Dread
> 1709 19th Avenue South
> Nashville, TN 37212
> (615) 252-9937

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 21 2008

| | |
|---|---|
| CLERK | DATE |

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        Date                              _____
                                                          *Signature of Server*


                                                          _____
                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

## SUMMONS IN A CIVIL ACTION

V.

PUTNAM COUNTY, a political subdivision and
authorized by the State of Tennessee, et al.

CASE NUMBER: **2 - 0 8 - - 0 0 1 6**

TO: (Name and address of Defendant)

PUTNAM COUNTY
C/O KIM BLAYLOCK, COUNTY EXECUTIVE
421 EAST SPRING STREET
COOKEVILLE, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 2 1 2008

| CLERK | DATE |
|-------|------|

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      *Signature of Server*


                        _____
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

**SUMMONS IN A CIVIL ACTION**

V.

PUTNAM COUNTY, a political subdivision and
authorized by the State of Tennessee, et al.

CASE NUMBER:  **2-08---0016**

TO: (Name and address of Defendant)

PUTNAM COUNTY SHERIFF'S DEPARTMENT
C/O DAVID ANDREWS, SHERIFF
421 East Spring Street
Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 21 2008

CLERK

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                         *Signature of Server*

                                  _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

## SUMMONS IN A CIVIL ACTION

V.

PUTNAM COUNTY, a political subdivision and
authorized by the State of Tennessee, et al.

CASE NUMBER:    2 = 0 8 - - 0 0 1 6

TO: (Name and address of Defendant)

JOHN DOE #3
C/O DAVID ANDREWS, SHERIFF
421 East Spring Street
Cookeville, TN 38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN 37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 2 1 2008

CLERK

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL    $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                   *Signature of Server*

                                   _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

CARLOS FERRELL

**SUMMONS IN A CIVIL ACTION**

V.

PUTNAM COUNTY, a political subdivision and
authorized by the State of Tennessee, et al.

CASE NUMBER:  **2-08---0016**

TO: (Name and address of Defendant)

JOHN DOE #4
C/O DAVID ANDREWS, SHERIFF
421 East Spring Street
Cookeville, TN  38501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blair P. Durham, #21453
Benjamin E. Winters, #23970
Durham and Dread
1709 19th Avenue South
Nashville, TN  37212
(615) 252-9937

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

FEB 21 2008

| | |
|---|---|
| CLERK | DATE |

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.