IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CARLOS FERRELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-0016 |
| ) | |
| CITY OF COOKEVILLE, COOKEVILLE ) | Judge Campbell |
| POLICE DEPARTMENT, JEFF JOHNSON,) | |
| CHRIS MELTON, JOSH WARD, MYKE ) | Magistrate Judge Griffin |
| GREEN, CHRIS WILLIAMS, JOHN DOES ) | |
| # 1 and 2, ALL POLICE OFFICERS OF ) | |
| THE COOKEVILLE POLICE ) | |
| DEPARTMENT, PUTNAM COUNTY, ) | |
| PUTNAM COUNTY SHERIFF'S ) | |
| DEPARTMENT, JOHN DOES # 3 AND 4, ) | |
| EACH SHERIFF'S DEPUTIES OF THE ) | |
| PUTNAM COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff, CARLOS FERRELL, by and through counsel, and the Defendants PUTNAM COUNTY, PUTNAM COUNTY SHERIFF'S DEPARTMENT, JOHN DOES # 3 AND 4 EACH SHERIFF'S DEPUTIES OF THE PUTNAM COUNTY SHERIFF'S DEPARTMENT, by and through counsel, agree, pursuant to Rule 41 of the Tennessee Rules of Civil Procedure, to dismiss any claims they might have against the other in this cause. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Plaintiff's claims against PUTNAM COUNTY, PUTNAM COUNTY SHERIFF'S DEPARTMENT, JOHN DOES # 3 AND 4 EACH SHERIFF'S DEPUTIES OF THE PUTNAM COUNTY SHERIFF'S DEPARTMENT, are hereby dismissed with prejudice. It is further **ORDERED, ADJUDGED AND DECREED** that the

Defendants' PUTNAM COUNTY, PUTNAM COUNTY SHERIFF'S DEPARTMENT, JOHN DOES # 3 AND 4 EACH SHERIFF'S DEPUTIES OF THE PUTNAM COUNTY SHERIFF'S DEPARTMENT counter claims against CARLOS FERRELL, are hereby dismissed with prejudice.

**ENTERED**, this 2nd day of April, 2008.

_____
Magistrate Judge Juliet E. Griffin

APPROVED FOR ENTRY:

CARLOS FERRELL,
    Plaintiff

By:    s/Blair Durham
    Blair Durham, BPR #021453
    Attorney for Plaintiff
    1709 19th Avenue South
    Nashville, TN 37212
    (615) 252-9937

PUTNAM COUNTY
PUTNAM COUNTY SHERIFF'S DEPARTMENT
JOHN DOES # 3 AND 4
EACH SHERIFF'S DEPUTIES OF THE PUTNAM
COUNTY SHERIFF'S DEPARTMENT,
    Defendants

By:    s/Jeffrey G. Jones
    Jeffrey G. Jones, BPR # 12680
    For Wimberly Lawson Seale Wright & Daves, PLLC
    Attorneys for Defendants
    1420 Neal Street, Suite 201
    P.O. Box 655
    Cookeville, Tennessee 38503-0655
    (931) 372-9123

## CERTIFICATE OF SERVICE

I, Jeffrey G. Jones, hereby certify that a true and exact copy of the foregoing has been served upon **DANIEL H. RADER, III, P.O. Box 3347, Cookeville, TN 38502-3347, ROBERT H. WATSON, JR., P.O. Box 131, Knoxville, TN 37901-0131, and David Randolph Smith, Esq., 1913 21st Avenue South, Nashville, TN 37212**, by placing a copy of same in the United States mail, postage prepaid, this 2nd day of April, 2008.

s/Jeffrey G. Jones
Jeffrey G. Jones
